No. 1087. SIMMONS ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari granted. *George F. Callaghan* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Mervyn Hamburg* for the United States.

No. 1274. CONTINENTAL OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1287. SUPERIOR OIL CO. *v.* FEDERAL POWER COMMISSION;

No. 1291. NEW MEXICO ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1292. SUN OIL CO. *v.* FEDERAL POWER COMMISSION ET AL.;

No. 1293. CALIFORNIA ET AL. *v.* SKELLY OIL CO. ET AL.;

No. 1294. HUNT OIL CO. ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1295. PACIFIC GAS & ELECTRIC CO. ET AL. *v.* SKELLY OIL CO. ET AL.;

No. 1302. BASS ET AL. *v.* FEDERAL POWER COMMISSION;

No. 1342. FEDERAL POWER COMMISSION *v.* SKELLY OIL CO. ET AL.; and

No. 1412. CITY OF LOS ANGELES *v.* SKELLY OIL CO. ET AL. C. A. 10th Cir. These cases will hereafter be referred to collectively as the "Permian Basin Area Rate Cases."

Motions to supplement petitions in Nos. 1293 and 1295 granted. Petitions for writs of certiorari granted and cases consolidated for oral argument, eight hours being assigned for the hearing of these cases and any other cases which may be granted with respect to the "Permian Basin Area Rate Cases." Such time is to be divided among the parties, with four hours allotted to those supporting the order of the Federal Power Commission and four hours to those attacking such order, the division of time among